IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01637-LTB-KLM

KIMBERLY VELEZ,

    Plaintiff,
v.

NURSE ALICIA (Unit 6 Nurse at D.W.C.F.),

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 26 2010

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*.

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant or counsel for Defendant shall respond to the Complaint [Docket No. 3] as provided for in the Federal Rules of Civil Procedure after service of process on Defendant.

DATED: August 26, 2010 at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Kristen L. Mix
                                            Kristen L. Mix
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01637-LTB-KLM

Kimberly Velez
Prisoner No. 137716
DWCF
PO Box 392005
Denver, CO 80239

Nurse Alicia – **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Nurse Alicia: COMPLAINT FILED 7/12/10, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/26/10.

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk