**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01637-LTB-KLM

KIMBERLY VELEZ,

      Plaintiff,

v.

NURSE ALICIA (Unit 6 Nurse at D.W.C.F.),

      Defendant.

_____

**ORDER**
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on December 20, 2010 (Doc 24). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

      ORDERED that the recommendation is accepted and Defendant's Motion to Dismiss (Doc 17) is GRANTED and this action is DISMISSED WITH PREJUDICE.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   January 6, 2011